CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 17 2013

JULIA ___, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KENNETH WAYNE JOHNSON, | CASE NO. 7:13CV00248 |
| Petitioner, | |
| v. | FINAL ORDER |
| DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, | By: James C. Turk |
| | Senior United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 17th day of December, 2013.

_____
Senior United States District Judge